# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIVINE WELLNESS LLC,

      Plaintiff(s),

v.

NFP PROPERTY & CASUALTY
SERVICES INC., et al.,

      Defendant(s).

Case No. 2:23-cv-01828-JCM-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties must file a joint discovery plan by April 8, 2024.

IT IS SO ORDERED.

Dated: April 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge