# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIVINE WELLNESS LLC,

    Plaintiff(s),

v.

NFP PROPERTY & CASUALTY SERVICES INC., et al.,

    Defendant(s).

Case No. 2:23-cv-01828-JCM-NJK

**Order**

    On April 1, 2024, the Court ordered the parties to file a discovery plan by April 8, 2024. Docket No. 20. The parties violated that order. The Court again orders the parties to file a discovery plan, this time by April 18, 2024. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

    IT IS SO ORDERED.

    Dated: April 11, 2024

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge