Charles H. McCrea, Esq. (SBN #104)
PRHLAWLLC
520 South Fourth Street, Suite 360
Las Vegas, Nevada 89101
T 702.834.6166
charles@prhlawllc.com

Jennifer H. Chung, Esq.*
MCDOWELL HETHERINGTON LLP
1001 Fannin St., Suite 2400
Houston, Texas 77002
T: (713) 337-5580 | F: (713) 337-8850
jennifer.chung@mhllp.com
*Admitted *pro hac vice*

Attorneys for Defendant NFP
PROPERTY & CASUALTY
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIVINE WELLNESS, LLC, a Nevada Limited Liability Company, d/b/a ELEVATED SAUNA & CRYOTHERAPY STUDIO,<br><br>    Plaintiff,<br><br>v.<br><br>NFP PROPERTY & CASUALTY SERVICES, INC., a foreign corporation; and TRANSPORTATION INSURANCE COMPANY, a foreign business entity.<br><br>    Defendants. | Case No. 2:23-cv-01828-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT NFP PROPERTY & CASUALTY SERVICES, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS AND MOTION TO STAY CASE PENDING UNDERLYING STATE COURT ACTION [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |

Plaintiff Divine Wellness, LLC d/b/a Elevated Sauna & Cryotherapy Studio ("Plaintiff") and Defendants NFP Property & Casualty Services, Inc. ("NFP") and Transportation Insurance Company ("Transportation") (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to extend the deadline for NFP to file its reply in support of its Motion to Stay Discovery Pending Resolution of its Motion to Dismiss and Motion to Stay Case Pending Underlying State Court Action, filed on April 17, 2024, as follows:

1    On April 17, 2024, NFP filed its Motion to Stay Discovery Pending Resolution of

2  its Motion to Dismiss and Motion to Stay Case Pending Underlying State Court Action on

3  April 17, 2024. [ECF No. 22.]

4    On May 1, 2024, Plaintiff filed its "Opposition" to NFP's Motion to Stay Discovery

5  Pending Resolution of its Motion to Dismiss and Motion to Stay Case Pending Underlying

6  State Court Action. [ECF No. 24.]

7    On May 2, 2024 Transportation a Joinder to NFP's Motion to Stay Discovery

8  Pending Resolution of its Motion to Dismiss and Motion to Stay Case Pending Underlying

9  State Court Action. [ECF No. 26.]

10    NFP's current deadline to file a Reply is May 8, 2024.

11    NFP requires additional time in order to file its Reply to evaluate Plaintiff's

12  arguments and due to schedules and other deadlines.

13    The Parties therefore stipulate and agree to extend the deadline for NFP to file its

14  reply in support of its Motion to Stay Discovery Pending Resolution of its Motion to

15  Dismiss and Motion to Stay Case Pending Underlying State Court Action until and through

16  May 15, 2024.

17  . . . .

18  . . . .

19  . . . .

20  . . . .

21  . . . .

22  . . . .

23  . . . .

24  . . . .

25  . . . .

26  . . . .

27  . . . .

28  . . . .

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NFP PROPERTY & CASUALTY SERVICES, INC. TO
FILE REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY AND MOTION TO STAY CASE**

1    This is NFP's first request for an extension. This stipulation is made in good faith
2  and not to delay the proceedings.
3    DATED this 7th day of May 2024.
4
5  JUDD J. BALMER, ESQ., LTD.          PRHLAW LLC

6   By: /s/Judd J. Balmer              By:  /s/Charles H. McCrea
7  Judd J. Balmer, Esq.                Charles H. McCrea, Esq. (SBN #104)
   170 S. Green Valley Parkway, Suite 300   520 South Fourth Street, Suite 360
8  Henderson, Nevada 89012            Las Vegas, Nevada 89101
9
   *Attorney for Plaintiff*            MCDOWELL HETHERINGTON LLP
10                                     Jennifer H. Chung, Esq.*
   LITCHFIELD CAVO LLP                 1001 Fannin Street, Suite 2400
11                                     Houston, Texas 77002
12 By: /s/Thomas E. McGrath
   Thomas E. McGrath, Esq.            *Admitted *pro hac vice*
13 3753 Howard Hughes Parkway, Suite 200
   Las Vegas, Nevada 89169            *Attorneys for Defendant NFP Property &*
14                                     *Casualty Services, Inc.*
15 *Attorney for Defendant Transportation*
   *Insurance Company*
16
17
18
19                                     **IT IS SO ORDERED:**
20                                     _____
21                                     UNITED STATES MAGISTRATE JUDGE
22                                     DATED: May 8, 2024
23
24
25
26
27
28
**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NFP PROPERTY & CASUALTY SERVICES, INC. TO FILE REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY AND MOTION TO STAY CASE**