UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIVINE WELLNESS, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>NFP PROPERTY & CASUALTY SERVICES, INC., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01828-JCM-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is a proposed discovery plan filed by Plaintiff and Defendant Transportation Insurance, Docket No. 23, which is **DENIED** without prejudice. Concurrently herewith, the Court is denying the motion to stay discovery that was filed by Defendant NSF. Accordingly, counsel for all parties must meet-and-confer and must file a joint proposed discovery plan by May 24, 2024.

    IT IS SO ORDERED.

    Dated: May 17, 2024

                                                                         Nancy J. Koppe<br>                                                                        United States Magistrate Judge