# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIVINE WELLNESS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NFP PROPERTY & CASUALTY, et al.,<br><br>    Defendants. | Case No.: 2:23-cv-01828-JCM-NJK<br><br>**Order**<br><br>[Docket No. 37] |

On August 9, 2024, Defendant Transportation Insurance Company filed a notice of taking the deposition of Plaintiff's 30(b)(6) witness. Docket No. 37. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: August 9, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1