**JUDD J. BALMER, ESQ.**
NEVADA BAR NO. 006212
**JUDD J. BALMER, ESQ., LTD.**
*A Nevada Professional Corporation*
170 S. Green Valley Parkway, Suite 300
Henderson, Nevada 89012
T: (702) 642-4200
F: (702) 642-4300
E: jbalmer@balmerlawfirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIVINE WELLNESS, LLC, a Nevada Limited Liability Company, d/b/a ELEVATED SAUNA & CRYOTHERAPY STUDIO, <br><br> Plaintiffs, <br><br> vs. <br><br> NFP PROPERTY & CASUALTY SERVICES, INC., a foreign corporation; and TRANSPORTATION INSURANCE COMPANY, a foreign business entity, <br><br> Defendants. | Case No.: 2:23-cv-01828-JCM-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Divine Wellness, LLC, d/b/a Elevated Sauna & Cryotherapy Studio, by and through its attorneys of record, JUDD J. BALMER, ESQ., LTD., Defendant TRANSPORTATION INSURANCE COMPANY, a foreign business entity, by and through its attorneys of record, Thomas E. McGrath, Esq., and Lilith V. Xara, Esq., of LITCHFIELD CAVO LLP, and Defendant NFP PROPERTY & CASUALTY SERVICES, INC., a foreign corporation, by and through its attorneys of record, Jennifer H. Chung, Esq., of McDowell Hetherington, LLP, and Charles H. McCrea, Esq., of PRHLAW LLC, that Plaintiff's claims against Defendants in this action are dismissed, with some claims being dismissed with prejudice and other claims being dismissed without prejudice, in accordance with the terms of the governing confidential *Release and*

*Settlement Agreement*[1] entered into between the Plaintiff and Defendants, to wit: (1) Plaintiff's claims against Defendant TRANSPORTATION INSURANCE COMPANY are dismissed *with* prejudice as to all past claims, but are dismissed *without* prejudice as to any "Future Claims" as defined by and in accordance with the governing confidential *Release and Settlement Agreement*; and (2) Plaintiff's claims against Defendant NFP PROPERTY & CASUALTY SERVICES, INC., are dismissed *without* prejudice in accordance with the terms of the governing confidential *Release and Settlement Agreement.*

IT IS FURTHER STIPULATED AND AGREED that the Plaintiff's and Defendants' respective attorney's fees and costs incurred in this action shall be borne in accordance with the terms of the governing confidential *Release and Settlement Agreement* entered into between the Plaintiff and Defendants.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 16th day of January, 2025. | DATED this 16th day of January, 2025. |
| JUDD J. BALMER, ESQ., LTD.<br>*A Nevada Professional Corporation* | LITCHFIELD CAVO LLP |
| By: /s/ Judd J. Balmer<br>JUDD J. BALMER, ESQ.<br>Nevada Bar No. 006212<br>170 S. Green Valley Parkway, Suite 300<br>Henderson, Nevada 89012<br>T: (702) 642-4200<br>F: (702) 642-4300<br>E: jbalmer@balmerlawfirm.com<br>*Attorneys for Plaintiff* | By: /s/ Lilith V. Xara<br>LILITH XARA, ESQ.<br>Nevada Bar No. 013138<br>3993 Howard Hughes Pkwy, Ste 100<br>Las Vegas, Nevada 89169<br>T: (702) 949-3100<br>F: (702) 916-1776<br>E: xara@litchfieldcavo.com<br>*Attorneys for Defendant*<br>*Transportation Insurance Company* |

*Signatures Continue on Page 3*

...
...
...
...
...

---

[1] The confidential *Release and Settlement Agreement* was fully executed by Plaintiff and Defendants as of January 14, 2025. If necessary, the confidential *Release and Settlement Agreement* entered into between the Plaintiff and Defendants is available for the Court's *in camera* review in conjunction with this *Stipulation and Order for Dismissal.*

*Divine Wellness, LLC, v. NFP Property & Casualty Services, Inc.;*
*Transportation Insurance Company, et al.*
Case No.: 2:23-cv-01828-JCM-NJK
*STIPULATION AND ORDER FOR DISMISSAL*

DATED this 16th day of January, 2025.

MCDOWELL HETHERINGTON LLP

By: /s/ Jennifer H. Chung
    JENNIFER H. CHUNG, ESQ.
    *Admitted Pro Hac Vice*
    1001 Fannin Street, Suite 2400
    Houston, Texas 77002
    T: (713) 337-5580
    F: (713) 337-8850
    E: jennifer.chung@mhllp.com
    *Attorneys for Defendant NFP*
    *Property & Casualty Services, Inc.*

DATED this 16th day of January, 2025.

PRHLAW LLC

By: /s/ Charles H. McCrea
    CHARLES H. MCCREA, ESQ.
    Nevada Bar No. 000104
    520 S. Fourth Street, Ste 360
    Las Vegas, Nevada 89101
    T: (702) 834-6166
    E: charles@prhlawllc.com
    *Attorneys for Defendant NFP*
    *Property & Casualty Services, Inc.*

## **ORDER**

Pursuant to the *Stipulation* above, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants in this action are dismissed in accordance with the terms of the governing <u>confidential</u> *Release and Settlement Agreement* entered into between the Plaintiff and Defendants, to wit: (1) Plaintiff's claims against Defendant TRANSPORTATION INSURANCE COMPANY are dismissed *with* prejudice as to all past claims, but are dismissed *without* prejudice as to any "Future Claims" as defined by and in accordance with the governing <u>confidential</u> *Release and Settlement Agreement*; and (2) Plaintiff's claims against Defendant NFP PROPERTY & CASUALTY SERVICES, INC., are dismissed *without* prejudice in accordance with the terms of the governing <u>confidential</u> *Release and Settlement Agreement.*

...

...

...

...

JUDD J. BALMER, ESQ., LTD.
*A Nevada Professional Corporation*

*Divine Wellness, LLC, v. NFP Property & Casualty Services, Inc.;*
*Transportation Insurance Company, et al.*
Case No.:  2:23-cv-01828-JCM-NJK
*STIPULATION AND ORDER FOR DISMISSAL*

IT IS FURTHER ORDERED that Plaintiff's and Defendants' respective attorney's fees and costs incurred in this action shall be borne in accordance with the terms of the <u>confidential</u> *Release and Settlement Agreement* entered into between the Plaintiff and Defendants.

Dated: January 22, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

JUDD J. BALMER, ESQ., LTD.
*A Nevada Professional Corporation*

By: /s/ Judd J. Balmer
JUDD J. BALMER, ESQ.
Nevada Bar No. 006212
170 S. Green Valley Parkway, Suite 300
Henderson, Nevada 89012
T:  (702) 642-4200
F:  (702) 642-4300
E:  jbalmer@balmerlawfirm.com
*Attorneys for Plaintiff*

**Friday, January 17, 2025 at 11:50:57 Eastern Standard Time**

**Subject:** Re: Divine Wellness v. NFP, et al.
**Date:** Thursday, January 16, 2025 at 7:34:48 PM Eastern Standard Time
**From:** Charles McCrea
**To:** Jennifer Chung, Xara, Lilith, Judd Balmer
**CC:** Jessica Balmer, McGrath, Thomas

Good by me. You may affix my e-signature.

Charles H. McCrea

**PRHLAW**LLC

520 South Fourth Street, Suite 360
Las Vegas, NV 89101
T 702.834.6166 | M 702.370.7632
charles@prhlawllc.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**From:** Jennifer Chung <jennifer.chung@mhllp.com>
**Sent:** Thursday, January 16, 2025 4:01 PM
**To:** Xara, Lilith <xara@litchfieldcavo.com>; Judd Balmer <jbalmer@balmerlawfirm.com>
**Cc:** Charles McCrea <Charles@prhlawllc.com>; Jessica Balmer <jessica@balmerlawfirm.com>; McGrath, Thomas <mcgratht@litchfieldcavo.com>; Judd Balmer <jbalmer@balmerlawfirm.com>
**Subject:** RE: Divine Wellness v. NFP, et al.

Good with me as well. Thanks

**Jennifer H. Chung**
Partner
McDowell Hetherington LLP
P: 713-337-5595    F: 713-333-6053

**CONFIDENTIALITY NOTICE**
The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.

---

**From:** Xara, Lilith <xara@litchfieldcavo.com>
**Sent:** Thursday, January 16, 2025 5:21 PM
**To:** Judd Balmer <jbalmer@balmerlawfirm.com>
**Cc:** Jennifer Chung <jennifer.chung@mhllp.com>; Charles McCrea <Charles@prhlawllc.com>; Jessica

Balmer <jessica@balmerlawfirm.com>; McGrath, Thomas <mcgratht@litchfieldcavo.com>; Judd Balmer <jbalmer@balmerlawfirm.com>
**Subject:** Re: Divine Wellness v. NFP, et al.

This is approached for my e-signature and filing.

Thanks,

Lilith.

On Jan 16, 2025, at 3:18 PM, Judd Balmer <jbalmer@balmerlawfirm.com> wrote:

> **Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Hi Lilith, Jennifer, and Charles:

Please find attached the proposed SAO to Dismiss in accordance with the terms of the Settlement Agreement.

Please provide me with your respective authority to affix your electronic signatures to the SAO and submit to the Court.

Thank you for your time.

Thank you.

Very Truly Yours,

*Judd J. Balmer, Esq*

JUDD J. BALMER, ESQ.
JUDD J. BALMER, ESQ., LTD.
A Nevada Professional Corporation
170 S. Green Valley Parkway, Suite #300
Henderson, Nevada 89012
Tel.: (702) 642-4200
Fax: (702) 642-4300
jbalmer@balmerlawfirm.com
<image001.png>
**Visit our website at:** www.MoldAndDefectLawyer.com

PERSONAL AND CONFIDENTIAL: This message originates from the law firm of Judd J.

Balmer, Esq., Ltd. This message and any file(s) or attachment(s) transmitted with it are confidential, intended only for the named recipient(s), and may contain information that is a trade secret, proprietary, protected by the attorney work product doctrine, subject to the attorney-client privilege, or is otherwise protected against unauthorized use or disclosure. If you have received this e-mail transmission in error, or are not one of the named or intended recipient(s), please immediately notify the sender at 702-642-4200 or reply by return e-mail transmission and dispose of this e-mail.

---

**From:** Xara, Lilith <xara@litchfieldcavo.com>
**Date:** Wednesday, January 15, 2025 at 12:28 PM
**To:** Judd Balmer <jbalmer@balmerlawfirm.com>, Jennifer Chung <jennifer.chung@mhllp.com>
**Cc:** Jessica Balmer <jessica@balmerlawfirm.com>, McGrath, Thomas <mcgratht@litchfieldcavo.com>
**Subject:** RE: Divine Wellness v. NFP, et al.

Judd,

Thank you.

**Lilith V. Xara**
Attorney
D 702.916.0507 | O 702.949.3100 | F 702.916.1776
Xara@LitchfieldCavo.com
Biography | LinkedIn

<image002.png>
3993 Howard Hughes Pkwy | Suite 100 | Las Vegas, NV 89169
**LitchfieldCavo.com** |  **Office Locations**

Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that Litchfield Cavo has transitioned many of our workforce to hybrid work arrangements and any documents sent to our physical offices may require additional response time.

---

**From:** Judd Balmer <jbalmer@balmerlawfirm.com>
**Sent:** Wednesday, January 15, 2025 9:19 AM
**To:** Jennifer Chung <jennifer.chung@mhllp.com>; Xara, Lilith <xara@litchfieldcavo.com>
**Cc:** Jessica Balmer <jessica@balmerlawfirm.com>; McGrath, Thomas <mcgratht@litchfieldcavo.com>; Judd Balmer <jbalmer@balmerlawfirm.com>
**Subject:** Re: Divine Wellness v. NFP, et al.

> **Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.